# In the United States District Court for the Southern District of Georgia Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:55 pm, May 25, 2017

| | | |
|---|---|---|
| CAMPBELL C. HARRINGTON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-71 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 23, to which Petitioner Campbell C. Harrington ("Harrington") failed to file any Objections.

Accordingly, the Court **DISMISSES** Harrington's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES**

Harrington leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 25 day of May, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)